IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Dorine Boykin, | ) | Civil Action No. 0:18-01288-TMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), has moved to remand this case for further administrative proceedings. (ECF No. 11). The Plaintiff consents to the remand. *Id.* at 2. The Commissioner states that, on remand, the Appeals Council is to affirm the finding of disability as of May 31, 2017. (ECF No. 11-1 at 1). The Commissioner seeks to have the Appeals Council refer Plaintiff's case to an administrative law judge for further administrative development for the period prior to May 31, 2017. *Id.*

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby

**ORDERS** that the Defendant's motion is granted and this action is **REMANDED** to the Commissioner for further evaluation pursuant to sentence four of 42 U.S.C. § 405(g).[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

                                                s/Timothy M. Cain
                                                United States District Judge

November 30, 2018
Anderson, South Carolina

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.